# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC., <br><br> Defendants. | C.A. No. 16-cv-01236-RGA |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff IPA Technologies Inc. ("IPA") and Defendants TCL Communication Technology Holdings, Ltd., TCT Mobile Limited, and TCT Mobile (US), Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to dismissal of this action including all claims filed by IPA, WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 18, 2018

| | |
|---|---|
| BAYARD, P.A. | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
| /s/ *Sara E. Bussiere* | /s/ *John C. Phillips, Jr.* |
| Stephen B. Brauerman (No. 4952) | John C. Phillips, Jr. (No. 110) |
| Sara E. Bussiere (No. 5725) | Megan C. Haney (No. 5016) |
| 600 N. King Street, Suite 400 | 1200 North Broom Street |
| P.O. Box 25130 | Wilmington, Delaware 19806 |
| Wilmington, Delaware 19899 | (302) 655-4200 |
| (302) 655-5000 | jcp@pgmhlaw.com |
| sbrauerman@bayardlaw.com | mch@pgmhlaw.com |
| sbussiere@bayardlaw.com | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Paul J. Skiermont | Craig S. Summers |
| Sarah E. Spires | Alan G. Laquer |
| Steven W. Hartsell | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Sadaf R. Abdullah | 2040 Main Street, Fourteenth Floor |
| Alexander E. Gasser | Irvine, California 92614 |
| Christopher M. Hodge | Telephone: (949) 760-0404 |
| SKIERMONT DERBY LLP | Facsimile: (949) 760-9502 |
| 1601 Elm St. Ste. 4400 | |
| Dallas, TX 75201 | *Attorneys for Defendants, TCL Communication* |
| (214) 978-6600 | *Technology Holdings, Ltd.,* |
| | *TCT Mobile, Ltd. and TCT Mobile (US) Inc.* |
| Mieke K. Malmberg | |
| SKIERMONT DERBY LLP | |
| 800 Wilshire Blvd. Ste. 1450 | |
| Los Angeles, CA 90017 | |
| | |
| *Attorneys for Plaintiff IPA Technologies, Inc.* | |